IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL W. MUCK**                                                                                          **PLAINTIFF**

v.                                     **CASE NO. 4:23-CV-00604-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Martin O'Malley, Commissioner**                                                        **DEFENDANT**

### ORDER

United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 12] is adopted, the commissioner's decision is reversed, and this case is remanded to permit the commissioner to develop the record. Although it is close, there is not substantial evidence in the record to support the Administrative Law Judge's decision. On remand, the ALJ is directed to supplement the record with medical evidence, such as an opinion from a medical provider, that would address whether Michael Muck would qualify for benefits absent his substance abuse.

IT IS SO ORDERED this 19th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE